# Order

Michigan Supreme Court
Lansing, Michigan

April 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140306(73)

LYNN M. GALLAGHER-McCARTHY,
     Plaintiff-Appellee,

v

     SC: 140306
     COA: 292514
     Oakland CC Family Division:
     1998-605074-DM

PATRICK M. McCARTHY,
     Defendant-Appellant.
_____/

     On order of the Court, the motion for reconsideration of this Court's February 26, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 9, 2010

_____
Clerk

d0406